

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00029-CV

| | | |
|---|---|---|
| Brenda Lund, in her individual capacity, and Kristin Alrick, in her individual capacity | § | From the 342nd District Court |
| | § | of Tarrant County (342-247746-10) |
| v. | § | |
| | | October 31, 2013 |
| | § | |
| Eric and Ruth Giauque, Individually and as Next Friend of H.G., N.G., M.G., C.G., and B.G., minor children | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed and we render a judgment dismissing appellees' Eric and Ruth Giauque, Individually and as Next Friend of H.G., N.G., M.G., C.G., and B.G., claims against appellants Brenda Lund, in her individual capacity, and Kristin Alrick, in her individual capacity, under section 101.106(f).

It is further ordered that appellees Eric and Ruth Giauque, Individually and as Next Friend of H.G., N.G., M.G., C.G., and B.G., shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Lee Gabriel